UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEETHINK FILMS                              )
16 Broadway #1                              )
Brooklyn, NY 11249,                         )
                                            )
KEITH NEWTON,                               )
398 Grand Ave., Apt. 3                      )
Brooklyn, NY 11238,                         )
                                            )
            Plaintiffs,                     )          Civ. No.
                                            )
v.                                          )
                                            )
FEDERAL BUREAU OF INVESTIGATION             )
935 Pennsylvania Ave. NW                    )
Washington, D.C. 20535,                     )
                                            )
            Defendant                       )
_____)

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1.      This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C.

§ 552, to compel the Federal Bureau of Investigation ("FBI") to release all responsive, non-

exempt information concerning individuals who were leaders of a psychotherapy cult called the

Sullivan Institute for Research in Psychoanalysis ("Sullivan Institute" or "the Institute"), which

was active in New York City between 1957 and 1992. Plaintiffs are documentarians making a

film about this cult that addresses, among other issues, the degree to which the organization and

its leaders were subject to surveillance by the FBI. Plaintiffs believe that such surveillance was

likely due to the high degree of controversy and attention over the Sullivan Institute, based on

the Institute's political demonstrations and advocacy for a leftist political agenda, as well as the

Institute's extreme degree of control over its members' personal lives, including their finances,

1

living situations, parenting decisions, and non-monogamous romantic and sexual relationships. The information at issue in this lawsuit is important to Plaintiffs' efforts to produce an accurate, comprehensive documentary regarding the highly unusual Sullivan Institute. Additionally, the information at issue is important to Plaintiffs because the founder of the Institute, Saul Newton, was the father of Plaintiff Keith Newton. Accordingly, Plaintiffs have sought the information now at issue through FOIA since August 2021. However, the FBI has failed to process Plaintiffs' FOIA requests within FOIA's statutory deadlines and has failed to provide Plaintiffs with non-exempt, responsive information or a determination explaining what information the agency is withholding and the basis for that decision.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

3.     Venue is appropriate in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

## PARTIES

4.     Plaintiff SeeThink Films is film production company based in Brooklyn, New York, which produces documentary and narrative films. Plaintiff SeeThink Films has previously produced successful documentary films and is currently working on a documentary about the Sullivan Institute. Plaintiff SeeThink Films is one of the requesters of the information at issue.

5.     Plaintiff Keith Newton is a contributor to the documentary film regarding the Sullivan Institute that is being produced by Plaintiff SeeThink Films. Mr. Newton is also the son of the founder of the Sullivan Institute. Mr. Newton is one of the requesters of the information at issue.

6. Defendant FBI is a federal agency in possession of the information at issue. The FBI is responsible for the actions and omissions challenged herein.

## FACTS GIVING RISE TO PLAINTIFFS' CLAIMS

### A. The Freedom of Information Act

7. "The basic purpose of FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." *John Doe Agency v. John Doe Corp.*, 493 U.S. 146, 152 (1989) (citations omitted). FOIA was enacted to "permit access to official information long shielded unnecessarily from public view" by creating a "right to secure such information from possibly unwilling official hands." *Dep't of Air Force v. Rose*, 425 U.S. 352, 361 (1976) (citation omitted). "[D]isclosure, not secrecy, is the dominant objective of the Act." *John Doe*, 493 U.S. at 152 (citation omitted).

8. FOIA requires agencies of the federal government to conduct a reasonable search for requested records and to release them to a requester, unless one of nine specific statutory exemptions applies to the requested information. 5 U.S.C. § 552(a)(3), (b).

9. FOIA requires federal agencies to release all non-exempt segregable information that is requested. *Id.* § 552(b).

10. Upon receiving a FOIA request, an agency generally has twenty working days to respond. *Id*. § 552(a)(6)(A)(i).

11. A requester has exhausted administrative remedies "if the agency fails to comply" with the statute's twenty-day deadline. *Id*. § 552(a)(6)(C)(i). In that event, FOIA authorizes the requester to invoke the jurisdiction of a federal court to obtain the requested information.  *Id*. § 552(a)(4)(B).

3

B.      **The Sullivan Institute and Plaintiffs' Documentary**

12.     The Sullivan Institute for Research in Psychoanalysis was an organization that operated between 1957 and 1992, in which psychotherapists exercised an extreme degree of control over hundreds of patients. The Institute was led by a small group of individuals, including its founders Saul Newton and Jane Pearce, as well as psychotherapists Ralph Klein and Joan Harvey. These leaders of the Institute exercised sweeping control over the lives of the hundreds of patients who were Institute members. For example, the Institute required its members to live in buildings that the Institute owned or rented in the Upper West Side of New York City and controlled who each member would live with. The Institute also required members to adhere to a communal, non-monogamous romantic lifestyle in which the Institute's leaders dictated the members' sexual partners and controlled who would raise the members' children.

13.     The Sullivan Institute also required its members to publicize its beliefs and practices, including through political demonstrations and through a theater company that the Institute operated, known as the Fourth Wall Repertory Company. The Institute's political demonstrations included protests against nuclear weapons and nuclear power in the 1970s and 1980s, including a protest against the Shoreham Nuclear Power Plant in 1979, some of which were publicized in film or theatrical production by the Institute's theater company. The Institute and its theater company sent members to the Soviet Union and to East Germany to show its films, such as the film *We Are the Guinea Pigs* which criticized nuclear weapons and nuclear power, at film festivals in communist nations.

14.      As a result of its highly unusual and well-publicized beliefs and practices, the Sullivan Institute attracted a high degree of controversy and media interest. For example, in the

4

1980s, former Institute members litigated several custody battles over children born to Institute members who were, at the time, subject to the Institute's requirements regarding psychotherapists' control over living conditions and parenting decisions. Likewise, the Sullivan Institute and the controversy over its practices attracted significant media attention while the Institute was operating, and that media attention continues to this day. For example, recent publications in popular media sources include articles such as *How a Psychosexual 'Cult' Tried to Tear Apart My Family*,[1] *Inside the Rise & Fall of a 1970s Upper West Side Cult*,[2] and *Sex Cult of the Upper West Side: All the Most Salacious Details*.[3] The Sullivan Institute has also been the subject of some psychological scholarship, including a published dissertation entitled *The Sullivan Institute/Fourth Wall Community: The relationship of radical individualism and authoritarianism*.[4] However, to Plaintiffs' knowledge, no documentary film on the subject of the Sullivan Institute exists.

15.    Plaintiffs are currently producing a documentary film regarding the Sullivan Institute. As part of that effort, Plaintiffs intend to document the degree to which the Sullivan Institute and/or its leaders were subject to investigation by the FBI. Plaintiffs believe that FBI monitoring and/or investigation of the Institute and its leaders was a distinct possibility, based on the Institute's notoriety; the ties of the Institute, its theatrical company, and several of its leaders to communist ideology and/or travel to communist nations; the political demonstrations and public advocacy of the Institute and its members regarding socialist and/or leftist political beliefs; and the Institute's well-publicized unusual beliefs and requirements regarding family

---

[1] https://nypost.com/2018/11/24/how-a-psychosexual-cult-tried-to-tear-apart-my-family/
[2] https://gothamist.com/arts-entertainment/inside-the-rise-fall-of-a-1970s-upper-west-side-cult
[3] https://filmdaily.co/news/upper-west-side-sex-cult/
[4] https://www.proquest.com/openview/27d2986d196b0a2589d9d29c3bebf9f1/1?pq-origsite=gscholar&cbl=18750&diss=y

structures and sexual practices. Plaintiffs' reasonable belief that the FBI may have monitored or

investigated the Sullivan Institute and/or its leaders is reinforced by the agency's history of

monitoring other individuals and organizations based on similar activities, such as links to

communism.[5]

> **C.**      **Plaintiffs' FOIA Request**

16.      Plaintiffs submitted a FOIA request regarding the Sullivan Institute, its theater

company the Fourth Wall Repertory Company, and individual leaders of the Sullivan Institute to

the FBI by facsimile on August 3, 2021. Plaintiffs' FOIA request sought all information

regarding a specific list of organizations and individuals, including: the Sullivan Institute for

Research in Psychoanalysis; the Fourth Wall Repertory Company; Saul Newton; Jane Pearce;

Joan Harvey; and Ralph Klein. The FOIA request also provided known aliases for these

organizations and individuals, as well as supplemental biographical information to assist the FBI

in identifying responsive information. Pursuant to FBI policies, Plaintiffs' FOIA request also

averred that all individuals described in the FOIA request are deceased and attached obituaries or

a Social Security Death Index page as proof of death. *See* 28 C.F.R. § 16.3(a)(4) (noting that a

request for information about a third party "may receive greater access . . . by submitting proof

that the individual is deceased"); *see also* FBI, *Requesting FBI Records*,

https://www.fbi.gov/services/information-management/foipa/requesting-fbi-records ("If your

---

[5] *See*, *e.g.*, Jack Anderson, Washington Post, *Apparently the FBI Did Not Love Lucy*, December 7, 1989, *available at* https://www.washingtonpost.com/archive/business/1989/12/07/apparently-the-fbi-did-not-love-lucy/ca6ccf7b-269b-4992-abb8-26afef7bae28/ (describing FBI monitoring of comedian Lucille Ball due to suspected communist ties); Joey Del Ponte, Muckrock, *FBI Investigated Early LGBT Organization for Alleged Communist Ties*, March 16, 2018, *available at* https://www.muckrock.com/news/archives/2018/mar/26/fbi-mattachine-society/ (describing how a FOIA request revealed an FBI investigation of an LGBT advocacy group for suspected communist ties). *See also generally* FBI, *The Vault*, https://vault.fbi.gov/ (making publicly available records regarding FBI investigations of numerous celebrities and organizations for similar reasons).

request is for information concerning a deceased individual, you must provide proof of death. Acceptable forms of proof of death include obituaries . . . or Social Security Death Index page."). A copy of Plaintiffs' FOIA request is attached to this Complaint.

17.     Although Plaintiffs submitted only a single FOIA request seeking information about multiple organizations and individuals, the FBI elected to treat Plaintiffs' FOIA request as six distinct requests—one for each organization or individual. Accordingly, the FBI assigned Plaintiffs' FOIA request six different tracking numbers. The FBI has subsequently been processing these tracking numbers as distinct FOIA requests. In September 2021, Plaintiffs' counsel contacted the FBI's FOIA office by telephone and asked for clarification of how the FBI has been processing these requests. In response, the FBI sent Plaintiffs' counsel an email on September 16, 2021 confirming that the agency was treating Plaintiffs' single FOIA request as separate requests and had assigned different tracking numbers for requests concerning each organization and individual.

18.     Between August 6, 2021 and December 22, 2021, the FBI sent Plaintiffs letters regarding four of the six tracking numbers that the FBI assigned to Plaintiffs' FOIA request. These letters stated that the agency had found no responsive records regarding the Sullivan Institute for Research in Psychoanalysis, the Fourth Wall Repertory Company, Ralph Klein, and Joan Harvey. The FBI's determinations that it found no responsive records for these organizations or individuals are not at issue in this lawsuit.

19.     This lawsuit challenges the FBI's failure to produce responsive, non-exempt information regarding the two individuals about whom the agency's search and review process remains ongoing well after the statute's deadline for a final response has elapsed—namely, Saul

Newton and Jane Pearce. The FBI has made no final determination regarding Plaintiffs' requests for information about these individuals.

20.     On August 6, 2021, the FBI sent Plaintiffs a letter assigning the tracking number 1502081-000 to Plaintiffs' request for information about Saul Newton.

21.     On August 10, 2021, the FBI sent Plaintiffs a letter assigning the tracking number 1502162-000 to Plaintiffs' request for information about Jane Pearce.

22.     Plaintiffs have not received any further letters from the FBI regarding Plaintiffs' requests for information regarding Saul Newton or Jane Pearce.

23.     The FBI maintains a website where members of the public can track the status of FOIA requests by entering the FBI-assigned tracking number. However, despite FOIA's requirement that such an "Internet service" must provide both "the date on which the agency originally received the request" and "an estimated date on which the agency will complete action on the request," 5 U.S.C. § 552(a)(7)(B)(ii), the FBI's website does not provide either the date of receipt of FOIA requests or an estimated completion date. Despite this inconsistency, Plaintiffs' counsel has used the FBI's website to monitor the status of Plaintiffs' outstanding FOIA requests—especially since the statutory deadline for a determination in response to Plaintiffs' FOIA request elapsed.

24.     Since September 2021, the FBI's website has stated that for request number 1502162-000 regarding Jane Pearce, "[t]he FBI's FOIPA Program is processing your request in accordance to the Freedom of Information and Privacy Act guidelines." The website has not provided any estimated date of completion for this request. Plaintiffs' counsel obtained this same message from the FBI's website as of the date of the filing of this Complaint.

25.     Since October 2021, the FBI's website has stated that for request number 1502081-000 regarding Saul Newton, "[t]he FBI's FOIPA Program has identified potential responsive information to your request(s) and awaits assignment to a Government Information Specialist (GIS) for further processing." The website has not provided any estimated date of completion for this request. Plaintiffs' counsel obtained this same message from the FBI's website as of the date of the filing of this Complaint.

26.     The individuals about whom Plaintiffs' requests for information remain outstanding—Saul Newton and Jane Pearce—are critical figures in the history of the Sullivan Institute that Plaintiffs are documenting in their upcoming film. These individuals were the founders and leaders of the Sullivan Institute and the co-authors of the text *The Conditions of Human Growth*, which provided the theoretical basis for the Sullivan Institute's brand of psychoanalysis. As leaders of the Sullivan Institute, they were directly responsible for many of the organization's unusual and controversial practices. Moreover, their close ties to the Communist Party and their direct responsibility for the Sullivan Institute's practices make it especially likely that these individuals were subject to surveillance, monitoring, or investigation by the FBI. Accordingly, the information being sought in this lawsuit is of critical importance to Plaintiffs' efforts to produce an accurate and comprehensive documentary about the Sullivan Institute.

27.     The FBI has not made any final determination or produced any responsive, non-exempt information regarding Saul Newton or Jane Pearce in response to Plaintiffs' FOIA requests for which the FBI assigned the tracking numbers 1502081-000 and 1502162-000.

## PLAINTIFFS' CLAIMS FOR RELIEF

28.     By failing to provide to Plaintiffs all non-exempt information Plaintiffs have requested under FOIA, the FBI is violating FOIA, 5 U.S.C. § 552(a)(3).

29.     Plaintiffs have a right to obtain the requested information, and the FBI has no lawful basis for withholding it, nor has the FBI cited any basis for doing so.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that this Court:

1.     Declare that Defendant FBI is in violation of FOIA;

2.     Order Defendant FBI to immediately release to Plaintiffs all non-exempt information responsive to Plaintiffs' FOIA requests at issue in this case;

3.     Award Plaintiffs their costs and attorneys' fees; and

4.     Award Plaintiffs such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ William N. Lawton

William N. Lawton
DC Bar No. 1046604
nick@eubankslegal.com
(202) 556-1243

William S. Eubanks II
DC Bar No. 987036
bill@eubankslegal.com
(970) 703-6060

Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, D.C. 20005

Counsel for Plaintiffs

Eubanks & Associates, PLLC
LAW FOR THE PUBLIC INTEREST

1331 H STREET NW
SUITE 902
WASHINGTON, DC 20005
(202) 556-1243

SUBMITTED VIA FAX: (540) 868-4997

August 3, 2021

Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section
200 Constitution Drive
Winchester, VA 22602

Re:    **Freedom of Information Act Request Regarding the Sullivan Institute for
Research in Psychoanalysis and Related Individuals and Organizations**

This is a request for information submitted on behalf of our clients SeeThink Films and
Keith Newton, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the
Department of Justice's regulations implementing FOIA, 28 C.F.R. § 16. This FOIA request
seeks information from the Federal Bureau of Investigation ("FBI") regarding certain
organizations and individuals and provides as much information as possible to assist the FBI in
identifying information responsive to this request. This request seeks all information regarding
the following organizations and individuals:

- The "Sullivan Institute for Research in Psychoanalysis," also known as the "Sullivan
  Institute," "Sullivanian," or "Sullivanians";

- The "Fourth Wall Repertory Company," also known as "4th Wall Repertory
  Company," "Fourth Wall Theater," "4th Wall Theater," "Fourth Wall Theatre," "4th
  Wall Theatre," "Fourth Wall," "4th Wall," "Fourth Wall Political Theater," or
  "Parallel Films";

- Saul Bernard Newton, also known as Saul B. Newton, Saul Bernard Cohen, or Saul
  B. Cohen;

- Joan Harvey, also known as Joan Harris or Joan Harvey-Klein;

- Jane Pearce – also known as Jane Edwin Pearce, Jane Edwina Pearce, Jane E. Pearce,
  Jane Pearce Newton, or Jane P. Newton;

- Ralph Klein – Rudolf Klein, Rudolf Ralph Klein, Ralph Rudolf Klein

Below, and attached, please find supplemental biographic information that may assist the FBI in
identifying responsive information concerning these individuals and organizations. All
individuals described in this FOIA request are deceased, as confirmed below and/or in

attachments. Likewise, the Sullivan Institute and the Fourth Wall Repertory Company shut down in the early 1990s and have not been in operation for nearly 30 years.

The date range for this FOIA request is from January 1, 1957 to December 31, 1992.

This request seeks information from both the FBI's main files and the FBI's cross-reference files.

Our client, SeeThink Films, is submitting this request as a representative of the news media. SeeThink Films is a film production company located in Brooklyn, New York, that produces documentary and narrative films. SeeThink Films has previously produced documentary films such as *New World Order* and *Darkon*, which have successfully disseminated information of current interest to the public. This FOIA request seeks information for use in a documentary film that will disseminate information of current interest to the public. That the information requested here is of current interest to the public is demonstrated by the fact that the Sullivan Institute and its members have been the subject of recent publications in the news media.[1] This request for records supports SeeThink Films' information-dissemination function as documentary filmmakers.

SeeThink Films is willing to pay any fees associated with the processing of this request.

FOIA provides that if portions of a document are exempt from release, the remainder must nevertheless be segregated and disclosed, so please provide us with all non-exempt portions of any exempt records. 5 U.S.C. § 552(b). Please explain any redactions by reference to specific provisions of the FOIA that allow information to be exempt from disclosure, and specifically explain how the exemption invoked applies to the withheld information.

**Supplemental Biographic Information About Individuals and Organizations At Issue In This Request**

The following supplemental biographical information is intended to assist the FBI in confirming the identities of the individuals and organizations that are the subject of this FOIA request, and thus to assist the FBI in locating responsive information. This biographical information is not intended to, and should not be construed as, in any way narrowing the scope of this FOIA request as described above.

- **The Sullivan Institute for Research in Psychoanalysis** was active from 1957 to 1992 in the Upper West Side of New York City, New York. During this period, the Sullivan Institute owned three separate apartment buildings in New York City: 332 W. 77th St., New York, NY 10024, from the early 1950s to 1976–77; 314 W.

---

[1] *See, e.g.*, Bianca Myrtil, *Sex cult of the Upper West Side: All the most salacious details*, Film Daily, May 4, 2020, available at https://filmdaily.co/news/upper-west-side-sex-cult/; Jane Ridley, *How a psychosexual cult tried to tear apart my family*, New York Post, November 24, 2018, available at https://nypost.com/2018/11/24/how-a-psychosexual-cult-tried-to-tear-apart-my-family/; Jake Offenhartz, *Inside the Rise & Fall of a 1970s Upper West Side Cult*, Gothamist, Sept. 21, 2016, available at https://gothamist.com/arts-entertainment/inside-the-rise-fall-of-a-1970s-upper-west-side-cult

91st St., New York, NY 10024, from 1976–77 to 1992; and 2643 Broadway, New York, NY 10025, from 1983 to 1992. Therapists and members of the Institute also rented numerous apartments on the Upper West Side, including multiple units at 240 W. 98th St., New York, NY 10025. Between two and three hundred members of the Sullivan Institute lived in these buildings. The Institute also owned and operated a property in the Catskill mountains as a summer retreat for its members, located at 99 Mill Hook Road, Accord, NY 12404. The Sullivan Institute was led by a small group of psychotherapists, including Saul Newton, Jane Pearce, Ralph Klein, and Joan Harvey. The leaders of the Sullivan Institute exercised significant control over the lives of the Institute's members, including controlling the members' finances, living situations, parenting decisions, and non-monogamous romantic relationships. The Sullivan Institute also operated the Fourth Wall Repertory Company, and members of the Institute participated in the theater's productions of plays that celebrated the Institute's communal, non-monogamous practices and leftist political agenda. In the late 1980s, Members who left the Institute litigated several custody battles over children born to Institute members. The Institute also directed its members to undertake political demonstrations and other activities. Members of the Sullivan Institute attended demonstrations and protests against nuclear weapons in the 1970s and 1980s, including a protest at the Shoreham Nuclear Power Plant on June 3, 1979, and a large protest on June 12, 1982. Some of these protests were documented in the Fourth Wall Repertory Company's film *We Are The Guinea Pigs*. The Sullivan Institute ceased operating in 1992 after the death of its founder, Saul Newton.

- **The Fourth Wall Repertory Company** was a politically radical theater group based in Manhattan, operating from a theater at 79 E. Fourth St., New York, New York 10003, then called the Truck & Warehouse Theater. The Fourth Wall Repertory Company was founded in 1978 by Saul Newton and Joan Harvey. The Company ran frequent shows from its Manhattan theater, produced music for plays, and provided music and skits for marches and demonstrations in New York City. The Fourth Wall Repertory Company also produced films under the name "Parallel Films," which were shown in the United States, the Soviet Union, and in East Germany. These films included *We Are the Guinea Pigs* (1980), *America From Hitler to M-X* (1982), and *A Matter of Struggle* (1985). The Fourth Wall Repertory Company also created a domestic not-for-profit corporation in 1979 in the state of New York called "Accord Research & Educational Associates, Inc."

- **Saul Bernard Newton** (born Saul Bernard Cohen) was a founder and leader of the Sullivan Institute. Mr. Newton was born in St. John, New Brunswick, Canada, on June 22, 1906, and died in Brooklyn, NY, on Dec. 21, 1991. He attended the University of Wisconsin at Madison in the 1920s and worked as a union organizer and labor activist in Chicago and New York through the end of the 1920s and into the 1930s. He had close ties to the Communist Party in this period and most likely became a party member. He joined the Abraham Lincoln Brigade in 1937 and fought with the brigade in the Spanish Civil War in 1937 and 1938. He served in the U.S. Army from Aug. 20, 1943, to Dec. 28, 1945, when he was honorably

discharged. His army serial number was 32 996 507, and he was awarded a Bronze Star for his service. From the 1950s until his death, he was married three times, first to Pearce, then to Harvey, and later to Helen Moses, also known as Helen Newton. He had been married three times previous to his marriage to Jane Pearce. He was the co-author, with Jane Pearce, of *The Conditions of Human Growth* (Citadel Press, 1963), which provided the theoretical basis for Sullivanian psychoanalysis. In the 1970s and 1980s, Saul Newton lived with Helen Moses at 332 W. 77th Street, New York, NY 10024, and 314 W. 91st Street, New York, NY 10024, where Joan Harvey and Ralph Klein also lived. An obituary from the *New York Times* on Dec. 23, 1991 is attached.

- **Joan Harvey**, also known as Joan Harvey-Klein, was born Joan Harris in Los Angeles, Calif., on March 26, 1935, and died in New Rochelle, NY, on Nov. 24, 2014. She moved to New York in the 1950s to work as an actress, appearing in the TV series *The Edge of Night* (1961) and in the feature film *Hands of a Stranger* (1962). She received a PhD in psychology from New York University in the early 1960s. In addition to the numerous plays she wrote and directed for the Fourth Wall Repertory Company between 1978 and 1991, she also directed three documentary films under the production company Parallel Films: *We Are the Guinea Pigs* (1980), *America From Hitler to M-X* (1982), and *A Matter of Struggle* (1985). After her marriage to Newton, which lasted from the mid-1960s to early 1970s, she married Ralph Klein, who was also a psychotherapist in the Sullivan Institute. Her obituary appeared on the website of the Ballard-Durand funeral home on Nov. 26, 2014, and is attached.

- **Jane Pearce** was a psychotherapist and a founder and leader of the Sullivan Institute. Along with Saul Newton, Dr. Pearce was an author of *The Conditions of Human Growth*. Dr. Pearce was married to Saul Newton from 1950 until the mid-1960s. Jane Pearce was born Jane Edwin Pearce on Jan. 13, 1914, in Austin, Texas. Her father was James Edwin Pearce and her mother was Belinda Dopplemayer. She studied at Radcliffe College and the University of Texas, Austin, in the early 1930s, and then received post-graduate training at the University of Chicago in the late 1930s and early 1940s, earning her MD and PhD. She also trained at the Washington School of Psychiatry and the William Alanson White Institute, in New York, where she met Saul Newton. They married on Feb. 25, 1950, in Greenwich, Conn., and had three children between 1950 and 1956: Sarah, Robert, and Paul. During that time, they moved into a brownstone at 332 W. 77th St., New York, NY 10024, which they purchased with money from Jane's family. They co-founded the Sullivan Institute for Research in Psychoanalysis in 1957 and co-wrote CONDITIONS OF HUMAN GROWTH (Citadel Press, 1963), which became the foundational text of the Sullivan Institute and Sullivanian psychoanalysis. She left the Institute around 1980 with her adopted son, Chris Pearce, and continued to live with him at the 77th Street brownstone. She died of cancer in July 1994 at Mt. Sinai Hospital in New York. A Social Security Death Index notification confirming Ms. Pearce's death is attached.

4

- **Ralph Klein** was a psychotherapist and a leader of the Sullivan Institute. Ralph Klein was married to Joan Harvey from the early 1970s until his death in 2011. Ralph Klein was born on Jan. 25, 1924 in Vienna, Austria, and died on Feb. 27, 2011, in New Rochelle, NY. His was the only Jewish family in the village in which he was raised and they were forced to flee to Vienna around the time of the Anschluss in 1938. Ralph, still a teenager, was sent alone on the Kindertransport to London. Under the name Rudolf Klein, he traveled to New York from Liverpool, on the SS Britannic, in March 1940, arriving on April 1. He submitted his declaration of intention to become a U.S. citizen on Aug. 21, 1942, and was naturalized on Dec. 2, 1943. As a fluent German speaker, he served with the OSS in Germany during WWII, spying on German POWs in their cells. He was honorably discharged on March 4, 1946, and married his first wife on Aug. 22, 1947. By the early to mid-1950s he was connected professionally to Saul Newton and Jane Pearce, influenced by their style of neo-Freudian psychotherapy. He treated important figures in the New York art world, including Jackson Pollock and Clement Greenberg, and joined the Sullivan Institute from its founding in 1957, remaining as one of the four lead therapists at the Institute until its end in 1992. His first marriage ended in the 1960s, before divorcing and then marrying Joan Harvey in the early 1970s. They remained married until his death in 2011. An obituary for Ralph Klein is attached.

If this FOIA request is denied in whole or in part, we expect a detailed justification for withholding any records. We additionally request that any responsive information be released on a rolling basis rather than holding all responsive information for a one-time release.

Please respond to this FOIA request within FOIA's 20 working day deadline. *See* 5 U.S.C. § 552(a)(6)(A).

Thank you for your time and attention to this matter. Please do not hesitate to contact me at the below email address if you have any questions about this FOIA request.

Sincerely,

William N. Lawton
Senior Associate
Eubanks & Associates, PLLC
1331 H Street N.W. Suite 902
Washington, D.C. 20010
(202) 556-1243
nick@eubankslegal.com

**The New York Times**    https://www.nytimes.com/1991/12/23/nyregion/saul-newton-85-psychotherapist-and-leader-of-commune-dies.html

# *Saul Newton, 85, Psychotherapist And Leader of Commune, Dies*

By Bruce Lambert

Dec. 23, 1991



See the article in its original context from
December 23, 1991, Section B, Page 12    Buy Reprints

New York Times subscribers* enjoy full access to
TimesMachine—view over 150 years of New
York Times journalism, as it originally appeared.

SUBSCRIBE

*Does not include Crossword-only or
Cooking-only subscribers.

*About the Archive*

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Saul B. Newton, a psychotherapist who ran an unorthodox commune in Manhattan that was assailed by ex-members as an abusive cult died on Saturday at Methodist Hosptial in Brooklyn. He was 85 years old and lived in Manhattan.

He died of septicemia after suffering from Alzheimer's disease, a daughter said.

The reclusive Mr. Newton, whose group was known as the Sullivanians, defended his therapy as a major innovation and a boon to patients. Mr. Newton dismissed his critics, who said he separated parents from children and pressured members to have multiple sex partners, as mentally disturbed liars or political opponents.

His beliefs had radical political themes. Earlier he was a union organizer, an avowed Communist and a soldier in the Abraham Lincoln Brigade in Spain. In recent years, he was an ardent foe of nuclear arms and power. 'Hated and Loved'

"He was both hated and loved," said Esther Newton, his eldest daughter, who was not involved in his therapeutic community. "His ideals were lofty -- the results are for others to judge," she said. "He was very bright and creative, charismatic and definitely difficult, handsome, attractive to women and tyrannical."

At its peak in the 1970's, his organization had hundreds of members living in three buildings on the Upper West Side. Its formal name was the Sullivan Institute for Research in Psychoanalysis; a subsidiary group was the Fourth Wall Repertory Company, a theater organization based in the East Village.

In recent years the Sullivanians declined in membership, beset by unfavorable publicity, investigations by state authorities into charges of professional misconduct by therapists, child custody lawsuits, the organized opposition of disaffected former members and estranged relatives of members, internal disputes and Mr. Newton's deteriorating health.

The group's name was derived from the late Henry Stack Sullivan, a prominent American psychiatrist. In 1957, Mr. Newton and Dr. Jane Pearce, his wife at the time, split off from the Sullivan-oriented William Alanson White Institute to form their own organization. Most

mental health experts view the Newton group as having distorted Mr. Sullivan's name and theories.

---

**Sign up for the New York Today Newsletter**   Each morning, get the latest on New York businesses, arts, sports, dining, style and more. Get it.

---

Through their unique brand of psychotherapy, Mr. Newton and his disciples controlled virtually all aspects of their followers lives, former residents said.

Members were taught that traditional family ties were at the root of mental illness and needed to be broken to foster individual growth, ex-members said. They were assigned to lived in group apartments and were expected to sleep with different sex partners, changing as often as each night. Married couples did not live together. Permission was required to give birth. Children were raised by babysitters, with parental visits allowed one hour a day and one evening a week. Members often broke off contact with their own parents and other relatives. Under outside criticism, some of these practices were moderated in recent years.

The members included many highly educated professionals like lawyers and doctors. Some were trained and channeled into other high-paying jobs like computer programming and analysis. Through dues, assessments and fines, most of their income was paid to the organization, which owns two Manhattan apartment buildings and rents another.

Mr. Newton grew up in St. John's, New Brunswick, Canada. His original family name was Cohen. He attended the University of Wisconsin and then went to Chicago where he associated with radicals with ties to the University of Chicago. He became a unionist, Communist and anti-fascist. After fighting in the Spanish civil war, he served in the United States Army in Europe during World War II. After the war, he pursued psychotherapy in New York City.

The dual themes of politics and psychology endured through his career. Mr. Newton apparently saw himself as a unifying visionary for the two disciplines.

Michael Bray, a Brooklyn psychologist who quit the Sullivanians after 13 years and is now suing for child custody to regain his two daughters, said Mr. Newton told him: "In psychology there is Freud, Sullivan and Newton. In politics there is Marx, Engels, Lenin, and Newton. We are the psychological and political vanguard for the world community." Manipulative Cult

In retrospect, Mr. Bray said he viewed the Sullivanians as a manipulative cult that preyed on people, made patients feel troubled and vulnerable, cut them off from their families and the outside world.

Among the organization's extreme actions was its response to the Three Mile Island nuclear plant disaster in 1979. The Sullivanians temporarily fled to Orlando, Fla. Later they produced a documentary predicting people would suffer the aftereffects for years to come.

Mr. Newton was married and divorced six times. He is survived by four sons, Robert, Keith and Michael, all of Manhattan, and Paul of California, and six daughters, Sarah of London, Wendy of Los Angeles, Amanda, of Chicago and Pamela, Jennifer and Esther, all of Manahattan.

A version of this article appears in print on , Section B, Page 12 of the National edition with the headline: Saul Newton, 85, Psychotherapist And Leader of Commune, Dies

Case 1:22-cv-00082 Document 1 Filed 01/31/22 Page 20 of 23



Sign In

BROUGHT TO YOU BY **BALLARD-DURAND FUNERAL & CREMATION SERVICES**

# Joan Harvey

White Plains, New York

March 26, 1933 - November 24, 2014

Recommend 0

**Share Obituary:**

   

Tribute Wall | **Obituary & Events**

# Obituary

Born on March 26, 1933 Departed on November 24, 2014

Dr. Joan Harvey-Klein, psychotherapist, activist, and mother of 10, passed away peacefully at her home in New Rochelle on Monday, November 24, 2014. Dr. Harvey was born in Los Angeles and moved to New York in the early 1950s where she worked as an actress, appearing on the soap opera The Edge of Night. In the early 1960's, she received her Ph.D from New York University, and was a psychotherapist, working right up until the time of her death. She is the director of several documentary films including We Are the Guinea Pigs, and America: From Hitler to MX, and was a passionate spokesperson for human and environment rights and political justice until the end of her life. Dr. Harvey was the wife of Ralph Klein (d. 2011), and is survived by 10 children, Joshua, Susan, Wendy, Michael, Amanda, Megan, Antonia, Johnathan, Timothy, and Hannah. She will be buried this coming Friday, November 28, at 11:00 a.m. at the Sleepy Hollow Cemetery at 540 North Broadway, Sleepy Hollow, NY. There will be a brief grave-side memorial followed by a buffet reception at 1:30 at the family home in New Rochelle. In lieu of

Share a memory | **Send Flowers**

Case 1:22-cv-00282 Document 1 Filed 01/31/22 Page 21 of 23



Doctors Without Borders: http://www.doctorswithoutborders.org/

To send flowers to the family or plant a tree in memory of Joan Harvey please visit our **Tribute Store**.

Hide ^

---

## Events

There are no events scheduled. You can still show your support by sending flowers directly to the family, or plant a tree in memory of Joan Harvey.

**Visit the Tribute Store**

**Share a memory**          **Send Flowers**



# Jane P. Newton
## in the **U.S., Social Security Death Index, 1935-2014**

| | |
|---|---|
| Name: | Jane P. Newton |
| Social Security Number: | 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 |
| Birth Date: | 13 Jan 1914 |
| Issue Year: | 1952-1953 |
| Issue State: | New York |
| Last Residence: | 10024, New York, New York, New York, USA |
| Death Date: | Jul 1994 |

**Source Citation**

Social Security Administration; Washington D.C., USA; *Social Security Death Index, Master File*

**Source Information**

Ancestry.com. *U.S., Social Security Death Index, 1935-2014* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2014.

Original data: Social Security Administration. *Social Security Death Index, Master File*. Social Security Administration.

**Description**

The Social Security Administration Death Master File contains information on millions of deceased individuals with United States social security numbers whose deaths were reported to the Social Security Administration. Birth years for the individuals listed range from 1875 to last year. Information in these records includes name, birth date, death date, and last known residence. Learn more...

© 2021, Ancestry.com

# Ralph Klein

Born: January 25, 1924
Died: February 27, 2011
Location: New Rochelle, New York

---

## Tribute & Message From The Family

Ralph was born on January 25, 1924 and passed away on Sunday, February 27, 2011.

Ralph was a resident of New Rochelle, New York.

---

Powered By

