UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEETHINK FILMS, *et al*. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 22-0232 (RDM) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

# ANSWER

Defendant, the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits this Answer to the Complaint filed by Plaintiffs SeeThink Films and Keith Newton ("Plaintiffs") on January 31, 2022. All allegations not specifically admitted are denied.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF[1]

1. Defendant admits receiving a Freedom of Information Act ("FOIA") request dated August 3, 2021 from Plaintiffs, which was submitted on their behalf by William N. Lawton, a Senior Associate at Eubanks & Associates, PLLC. Defendant respectfully refers the Court to the cited request for a full and accurate statement of its contents. Defendant further admits that, as of the date of the Complaint, it had not issued a final determination in response to the portion of Plaintiff's request seeking records on Saul Bernard Newton, or to the portion of Plaintiff's request seeking records on Jane Pearce. The remainder of this paragraph contains Plaintiffs'

---

[1] For ease of reference, this Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

characterization of this action and of alleged background information, to which no response is required. To the extent a response is required, the remaining allegations are denied.

## JURISDICTION AND VENUE

2. This paragraph consists of conclusions of law to which no response is required.

3. This paragraph consists of conclusions of law to which no response is required.

## PARTIES

4. Defendant admits that Plaintiff SeeThink Films is named as one of the requesters of the information requested under the FOIA. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4.

5. Defendant admits that Plaintiff Keith Newton is named as one of the requesters of the information requested under the FOIA. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5.

6. Defendant denies that the FBI is an agency within the meaning of 5 U.S.C. § 552(f)(1) but admits that the FBI is a component of the Department of Justice and is subject to the requirements of the FOIA. The remainder of this paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

## FACTS GIVING RISE TO PLAINTIFFS' CLAIMS

### A. The Freedom of Information Act

7. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

8. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

9.  This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

10. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

11. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

### B. The Sullivan Institute and Plaintiffs' Documentary

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15. This paragraph contains Plaintiffs' characterization of alleged background information, to which no response is required. To the extent a response is required, denied.

### C. Plaintiffs' FOIA Request

16. Defendant admits receiving a FOIA request dated August 3, 2021 from Plaintiffs, which was submitted on their behalf by William N. Lawton, a Senior Associate at Eubanks & Associates, PLLC. Defendant respectfully refers the Court to the cited request for a full and accurate statement of its contents.

17. Defendant admits that it assigned FOIA tracking number 1502081-000 to the portion of Plaintiff's request seeking records on Saul Bernard Newton and acknowledged this portion of Plaintiff's request by letter dated August 6, 2021. Defendant admits that it assigned

FOIA tracking number 1502162-000 to the portion of Plaintiff's request seeking records on Jane Pearce and acknowledged this portion of Plaintiff's request by letter dated August 10, 2021. Defendant admits that it assigned FOIA tracking number 1502058-000 to the portion of Plaintiff's request seeking records on Sullivan Institute for Research in Psychoanalysis and responded to this portion of Plaintiff's request by letter dated August 6, 2021. Defendant admits that it assigned FOIA tracking number 1502068-000 to the portion of Plaintiff's request seeking records on Fourth Wall Repertory Company and acknowledged this portion of Plaintiff's request by letter dated August 6, 2021. Defendant admits that it assigned FOIA tracking number 1502123-000 to the portion of Plaintiff's request seeking records on Ralph Klein and acknowledged this portion of Plaintiff's request by letter dated August 9, 2021. Defendant admits that it assigned FOIA tracking number 1502188-000 to the portion of Plaintiff's request seeking records on Joan Harvey and responded to this portion of Plaintiff's request by letter dated August 10, 2021. Defendant respectfully refers the Court to each of the cited letters for a full and accurate statement of its contents.

18. Defendant admits the allegations of Paragraph 18.

19. Defendant admits that it has not issued a determination in response to the portion of Plaintiff's request seeking records on Saul Bernard Newton, or to the portion of Plaintiff's request seeking records on Jane Pearce. The remainder of this paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

20. Defendant admits that it assigned FOIA tracking number 1502081-000 to the portion of Plaintiff's request seeking records on Saul Bernard Newton and acknowledged this portion of Plaintiff's request by letter dated August 6, 2021.

21. Defendant admits that it assigned FOIA tracking number 1502162-000 to the portion of Plaintiff's request seeking records on Jane Pearce and acknowledged this portion of Plaintiff's request by letter dated August 10, 2021.

22. Defendant admits the allegations of Paragraph 22.

23. Defendant admits that it maintains a website[2] that can be used by the public to check the status of a FOIA request. Defendant lacks sufficient information or knowledge as to whether Plaintiffs' counsel has used the FBI's website to monitor the status of Plaintiffs' outstanding FOIA requests. The remainder of this paragraph consists of conclusions of law to which no response is required.

24. As to the first and second sentences, admit. As to the third sentence, Defendant lacks knowledge or information sufficient to form a belief as to the truth of these allegations.

25. As to the first and second sentences, admit. As to the third sentence, Defendant lacks knowledge or information sufficient to form a belief as to the truth of these allegations.

26. This paragraph consists of conclusions of law and a characterization of factual allegations unrelated to Plaintiffs' legal claims against Defendant under FOIA, to which no response is required. To the extent a response is required, denied.

27. Defendant admits the allegations of Paragraph 27.

## PLAINTIFFS' CLAIMS FOR RELIEF

28. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

29. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, denied.

---

[2] https://vault.fbi.gov/fdps-1/@@search-fdps

## PRAYER FOR RELIEF

The allegations in paragraphs (1) through (4) following the section of Plaintiffs' Complaint titled "Prayer for Relief" constitute Plaintiffs' request for relief, to which no response is required. To the extent a response is required, Defendant denies the allegations and denies that Plaintiffs are entitled to any relief.

## DEFENSES

In further response to the Complaint, Defendant raise the following defenses. Defendant respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

### First Defense

Plaintiffs' Complaint fails to state a claim for which relief can be granted, as Defendant has not unlawfully withheld any records within the meaning of the FOIA, 5 U.S.C. § 522.

### Second Defense

The Court lacks subject matter jurisdiction over Plaintiffs' request for relief that exceeds the relief authorized under FOIA, 5 U.S.C. § 552.

### Third Defense

Defendant has exercised due diligence in processing Plaintiff's FOIA request, and exceptional circumstances exist that necessitate additional time for Defendant to complete its processing of the FOIA request. *See* 5 U.S.C. § 552(a)(6)(C).

### **Fourth Defense**

The information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole or in part from public disclosure under FOIA, 5 U.S.C. § 552(b).

Dated: April 12, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By: _____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*