UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEETHINK FILMS, *et. al.*,

    Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Civil Action No. 22-0232 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 1, 2023, Defendant the Federal Bureau of Investigation ("FBI"), and Plaintiffs, SeeThink Films, *et. al.*, ("Plaintiffs") by and through undersigned counsel, respectfully submit this Status Report to update the Court as follows:

1. Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records related to certain organizations and individuals who were leaders of a psychotherapy cult called the Sullivan Institute for Research in Psychoanalysis.

2. The FBI assigned FOIA tracking numbers to each individual and organization named in the Plaintiffs' request, resulting in six FOIA tracking numbers.[1]

3. At issue in this case are two FOIA tracking numbers:

    a. Saul Bernard Newton: FOIA tracking number 1502081-000

    b. Jane Pearce: FOIA tracking number 1502162-000

---

[1] The FBI found no responsive records regarding the Sullivan Institute for Research in Psychoanalysis, the Fourth Wall Repertory Company, Ralph Klein, and Joan Harvey. The FBI's determinations that it found no responsive records for these organizations or individuals are not at issue in this lawsuit. *See* Pl. Compl. ¶ 18.

4. On April 29, 2022, the FBI reported that it had completed all searches for documents that are potentially responsive to both FOIA requests. Based on that search, the FBI estimated that there were 133 pages of potentially responsive documents, which may contain duplicative or out of scope pages, and the page total may be adjusted after a page-by-page review.

5. On July 13, 2022, Plaintiffs received a letter from Defendant FBI indicating that it had reviewed 78 pages, of which it was releasing 43 pages to Plaintiffs. In addition, the letter states that "document(s) were located which originated with or contained information concerning another agency (ies)." The FBI was therefore "consulting with the other agency (ies) and [] awaiting their response." According to the letter, "[t]he FBI will correspond with [Plaintiffs] regarding those documents when the consultation is completed."

6. After consulting with the other agency (ies), the FBI made its final release to Plaintiff on September 8, 2022.

7. The initial 43 pages of responsive information received by Plaintiffs have been redacted pursuant to numerous FOIA exemptions. On September 8, 2022, an additional 18 pages of responsive information, also redacted pursuant to FOIA, was released to Plaintiffs. Plaintiffs are actively reviewing the 61 pages of responsive information, including the propriety of Defendant's asserted exemptions, and will discuss any objections with Defendant's counsel in an effort to resolve any disputes without further intervention by the Court.

8. The Parties propose to file another status report on June 7, 2023.

Dated: April 6, 2023
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/
Matthew R. Arnold
DC Bar No. 1618616
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 656-3599
matt@eubankslegal.com

*Counsel for Plaintiffs*

By:    /s/
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEETHINK FILMS, *et. al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) | Civil Action No. 22-0232 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties Joint Status report it is hereby:

ORDERED that the Parties will file a further status report on June 7, 2023.

SIGNED:

_____            _____
Date                                                         United States District Judge